ANNA BAZ LAVIN ET AL. *v.* LUIGI SCASCITELLI ET AL.

HOUSE, C. J., COTTER, BOGDANSKI, LONGO and BARBER, Js.

Argued October 8—decision released November 16, 1976

*William F. Gallagher,* with whom were *Enrico Vaccaro* and, on the brief, *George W. Ganim,* for the appellants (plaintiffs).

*George S. Sakellares,* for the appellees (defendants).

PER CURIAM. This action was brought by the plaintiffs for trespass and for an injunction to restrain the defendants from encroaching on the land of the plaintiffs. The defendants filed a cross complaint claiming title by adverse possession to the contested four-foot area along the boundary

of the property of the parties. The court rendered judgment for the defendants on the complaint and cross complaint, finding that the defendants had acquired ownership of the disputed area by adverse possession. It also found that the defendants had failed to prove that they were entitled to any damages.

The proof necessary to establish title by adverse possession is well settled. See *Wadsworth Realty Co.* v. *Sundberg*, 165 Conn. 457, 462, 338 A.2d 470; *Robinson* v. *Myers*, 156 Conn. 510, 517, 244 A.2d 385. As we said in the *Wadsworth* case (p. 463), "[i]n the final analysis, whether possession is adverse is a question of fact for the trier."

The court's finding of fact is not subject to correction and the facts amply support the court's conclusion that the defendants and their predecessors in title had used the disputed area "for more than fifteen years openly, visibly, notoriously, adversely, exclusively, continuously, uninterruptedly and under a claim of right."

There is no error.